**STATE of Missouri, Respondent,**

v.

**Ronald Keith WILDER, Appellant.**

**No. WD 35926.**

Missouri Court of Appeals,
Western District.

Feb. 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 2, 1985.

Application to Transfer Denied April 30, 1985.

Holly G. Simons, Columbia, for appellant.

John Ashcroft, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for offering violence to a prison officer, in violation of § 217.385, RSMo Cumm. Supp.1983.

Judgment affirmed. Rule 30.25(b).